IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN WITT, <u>et al.</u>,

    Plaintiffs,

v.                                      Civil Action No. 3:15cv386

CORELOGIC SAFERENT, LLC,

    Defendants.

**ORDER**

Having considered the DEFENDANT'S STATEMENT OF POSITION ON RELATION OF CASES (Docket No. 8) and PLAINTIFFS' STATEMENT OF POSITION ON RELATION OF CASES (Docket No. 20), and concluding that the determination of relatedness is to be made at the time a case is filed, and not in perspective of the results of any motions that may be filed thereafter, and concluding that this action is sufficiently related to <u>Henderson v. Corelogic National Background Data, LLC,</u> Civil Action No. 3:12cv97, it is hereby ORDERED that the case shall remained assigned to the undersigned.

    It is so ORDERED.

                                                        /s/       *REP*
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: September __, 2015