UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CAROLYN WITT,** *et al.*

      Plaintiffs,

v.                                                   Civil Action No. 3:15cv00386-REP

**CORELOGIC SAFERENT, LLC,** *et al.*

      Defendants.

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendants, CoreLogic SafeRent, LLC and CoreLogic National Background Data, LLC, by counsel, and pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6), and 28 U.S.C. § 1406(a), submit this Motion to Dismiss Plaintiffs' Second Amended Complaint, or in the Alternative, to Transfer Venue.  The reasons in support of the motion are set forth in the accompanying memorandum.

WHEREFORE, Defendants, CoreLogic SafeRent, LLC and CoreLogic National Background Data, LLC, request that the Court enter an order: (1) dismissing the claims of the Newly Named Plaintiffs with prejudice; and (2) dismissing the remaining claims of Plaintiff Witt for improper venue.

                    **CORELOGIC SAFERENT, LLC**
                    **CORELOGIC NATIONAL BACKGROUND**
                    **DATA, LLC**


                    By:/s/ Timothy J. St. George
                                Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: len@clalegal.com

*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com

*Counsel for Plaintiffs*

Matthew J. Erausquin, Esq.
Casey S. Nash, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com
Email: casey@clalegal.com

*Counsel for Plaintiffs*

James Arthur Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com

*Counsel for Plaintiffs*

/s/ Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com