IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN WITT,
et al.,

    Plaintiffs,

v.                         Civil Action No. 3:15cv386

CORELOGIC SAFERENT, LLC,
et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that the settlement conference and negotiations are referred to United States Magistrate Judge David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within five (5) days of the date of this Order to schedule the conference to occur at such time as Magistrate Judge Novak shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak.

It is so ORDERED.

                                              /s/       REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: September 13, 2016