IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN WITT, et al.,

    Plaintiffs,

v.                                    Civil Case No. 3:15-cv-386

CORELOGIC SAFERENT, LLC, et al.,

    Defendants.

**ORDER**

For the reasons stated on the record at the conference call of October 24, 2016, the Court hereby ORDERS the Plaintiff to file a motion to compel and accompanying brief addressing Requests for Production Nos. 12, 17, 25, 30, 43, 44, and 50. The following briefing schedule will apply:

1) The Plaintiff shall file its motion to compel and accompanying brief by October 31, 2016.

2) The Defendant shall file its response by November 10, 2016.

3) The Plaintiff shall file its reply by November 15, 2016.

It is so ORDERED.

                                  /s/                REP
                             Robert E. Payne
                             Senior United States District Judge

Richmond, Virginia
Date: October 24, 2016