IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN WITT, et al., on behalf
of themselves and all others
similarly situated,

    Plaintiffs,

v.                                       Civil Action No. 3:15cv386

CORELOGIC SAFERENT, LLC,
et al.,

    Defendants.

**ORDER**

Having considered the DEFENDANTS' MOTION TO COMPEL (ECF No. 115), the supporting, opposing and reply memoranda, it is hereby ORDERED that:

(1) The contention interrogatories served by the Defendants are so burdensome as to require a detailed recitation of the Plaintiffs' case and therefore the contention interrogatories are stricken without prejudice to the refiling of contention interrogatories that merely require the Plaintiffs to set out their theory of each count and a general outline of the evidence that Plaintiffs now expect to offer to prove that theory. Plaintiffs may supplement responses as the case evolves; and

(2) The motion to compel non-privileged materials from litigation pursued against HR Plus arising out of the same transaction involved here is denied as moot because the Paintiffs have stated they do not object to the entry of a proper Consent Order requiring production of the confidential settlement agreements and because the non-privileged HR Plus documents have been produced.

It is so ORDERED.

/s/ RSP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 13, 2016