UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN WITT, *et al.*

    Plaintiffs,

v.                                                                        Civil Action No. 3:15cv386-REP

CORELOGIC SAFERENT, LLC, *et al.*

    Defendants.

## CONSENT ORDER

CAME NOW, CoreLogic SafeRent, LLC ("SafeRent") and CoreLogic National Background Data, LLC ("NBD") (collectively, the "Defendants"), by counsel, pursuant to the Court's Order of December 13, 2016 (Dkt. No. 142).

UPON CONSIDERATION WHEREOF, and for good cause shown, it is hereby, ORDERED, ADJUDGED, and DECREED that:

(1) Plaintiff Carolyn Witt shall produce complete and unredacted copies of her individual settlement agreements in *Carolyn Witt v. CMA CGM (America) LLC*, Civ. Action No. 2:12-cv-635 (E.D. Va.), and *Tyrone B. Henderson, Sr. and Carolyn Witt v. HR Plus*, Civ. Action No. 3:14-cv-82 (E.D. Va.), within seven days of entry of this Order; and

(2) The settlement agreements shall be subject to the terms the Protective Order (Dkt. No. 94) and designated as "Confidential Materials."

The Clerk is directed to send a copy of this Order to counsel of record.

                                                            /s/ *RSP*
                                                   HON. ROBERT E. PAYNE
                                                Senior United States District Judge

Richmond, Virginia

Date: January 3, 2017

SEEN AND AGREED:

_____
Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
matt@clalegal.com
casey@clalegal.com

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
Craig C. Marchiando, VSB No. 89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel: 757-930-3660
Fax: 757-257-3450
lenbennett@clalegal.com
srotkis@clalegal.com
craig@clalegal.com

James Arthur Francis, *pro hac vice*
David A. Searles, *pro hac vice*
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Tel: 215-735-8600
Fax: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for the Plaintiffs*

_____
Alan D. Wingfield, VSB No. 27489
David N. Anthony, VSB No. 31696
Timothy J. St. George, VSB No. 77349
TROUTMAN SANDERS, LLP
Troutman Sanders Building
1001 Haxall Point, P.O. Box 1122
Richmond, VA 23219
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for the Defendants*