

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

CAROLYN WITT, <u>et al.</u>,

    Plaintiffs,

v.                              Civil Case No. 3:15-cv-386

CORELOGIC SAFERENT, LLC, <u>et al.</u>,

    Defendants.

**ORDER**

For the reasons stated on the record at the conference call of April 24, 2017, it is hereby ORDERED that the parties shall brief their motions to compel in accordance with the following schedule:

(1) The motions to compel shall be filed by May 2, 2017.

(2) Response briefs shall be filed by May 9, 2017.

(3) Reply briefs shall be filed by May 15, 2017.

It is further ORDERED that the parties shall separately file, contemporaneously with their motions to compel, a single statement of position addressing (1) the meet and confer process and what Court action, if any, is required to make the process more productive and efficient moving forward; and (2) the issue of Defendant's "litigation vendor" described in paragraph two on page four of the Plaintiff's letter. The same schedule outlined

for the anticipated motions to compel shall govern the filing of the statements of position.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 24, 2017

2