IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
APR 24 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CAROLYN WITT,

    Plaintiff,

v.                             Civil Action No. 3:15cv386

CORELOGIC SAFERENT, LLC
et al.,

    Defendants.

ORDER

Having considered PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL (ECF No. 175), and for good cause shown, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL (ECF No. 175) is granted. It is further ORDERED that PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR CLASS CERTIFICAITON and certain exhibits thereto (ECF No. 177) are filed under seal, *provided that appropriately redacted versions are filed in the public record.*

It is so ORDERED.

                                              /s/ REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: April 24, 2017