UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
APR 24 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CAROLYN WITT,

Plaintiff,

v.

Civil Action No. 3: 15cv386-REP

CORELOGIC SAFERENT, LLC, and
CORELOGIC NATIONAL DATA BACKGROUND, LLC

Defendants.

NOTICE OF APPEAL

Notice is hereby that Class Member/Objector Darryl Mitchell, Pro Se, appeals to the United States Court of Appeals for the Fourth Circuit the Order Granting Motion for Final Approval of Class Settlement and Granting Motion for Attorneys' Fees and Costs and the Order granting Final Approval and Entering Final Judgment both orders entered on March 22, 2018,

Dated April 20, 2018.

Respectfully Submitted,

[signature]

DARRYL MITCHELL
Pro se Litigant/Class Member
21 Logan Avenue East
West St. Paul, Minnesota 55118
Tel.: (612) 877-2418
darryllaw@msn.com